# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | Case No. 2:99-cr-00219-LDG |
| v. | **ORDER** |
| MOSHAWN JAY KEMP, | |
|     Defendant. | |

    The Defendant, by and through the Federal Public Defender has filed a Joint Stipulation for Discretionary Relief pursuant to 18 U.S.C. §3582(c)(2).  Accordingly,

    THE COURT **ORDERS** that the Federal Public Defender is appointed as counsel to represent the Defendant *nunc pro tunc* to the date of the filing of the Motion.

    THE COURT FURTHER **ORDERS** that the United States Probation Office shall prepare a Supplemental Presentence Report, which shall address whether the Defendant qualifies for an adjustment of the sentence pursuant to the amended Cocaine Base guidelines, shall provide the court with a Progress Report from the Bureau of Prisons, and shall advise the court of the applicable and recommended guideline range.  The Supplemental Presentence Report shall be served upon the Federal Public Defender, the United States Attorney and the court within ten (10) days of the date of this Order.

1  THE COURT FURTHER **ORDERS** that upon the filing of the Supplemental
2  Presentence Report, this matter shall be submitted to the court for entry of an Order
3  Amending the Judgment as the defendant has waived any hearing in this matter.
4  THE COURT FURTHER **ORDERS** that the parties shall serve the United States
5  Probation Office with any pleadings or documents filed pursuant to this Order.

7  DATED this ____16____ day of November, 2011.

   _____
   Lloyd D. George
   United States District Judge