# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | Case No. 2:99-cr-219-LDG |
| v. | |
| MOSHAWN JAY KEMP, | |
|     Defendant. | |

**ORDER REGARDING MOTION FOR SENTENCE REDUCTION**

**PURSUANT TO 18 U.S.C. § 3582(c)(2)**

    Upon the joint stipulation for discretionary relief under 18 U.S.C. § 3582(c)(2), to be construed as Defendant's Motion for Discretionary Relief under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

THE COURT **ORDERS** that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 165 months as to Count 1 **is reduced to TIME SERVED** as to Count 1.

THE COURT FURTHER **ORDERS** that, except as otherwise provided above, all provisions of the judgement dated November 3, 2000, shall remain in effect.

THE COURT FURTHER **ORDERS** that, as jointly requested by the parties, the defendant be released ten (10) days from the date of entry of this re-sentencing order to allow the Bureau of Prisons to complete release planning, conduct the violent sexual predator assessment mandated by law, and obtain any DNA samples, as required by law.

DATED this _1_ day of ~~November~~ Dec, 2011.

_____
Lloyd D. George
United States District Judge

2